In re    Dale Bruce Houg,            Case No. __08-60567__
        Margaret Gladys Houg

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Homestead located at 1102 2nd St N, Cold Spring, MN legally described as Lot 1, Block 5, Meadow View Addition Plat 6, Stearns County, Minnesota | 11 U.S.C. § 522(d)(1) | 27,591.00 | 162,000.00 |
| Cass County undeveloped land; Lot 1, Block 2 Pine River Estates, Sec 9, T 137, R 29, Cass County Minnesota; debtors own undivided 1/3 interest; value listed is debtor's share | 11 U.S.C. § 522(d)(5) | 6,640.00 | 6,640.00 |
| **Cash on Hand** | | | |
| Cash on hand | 11 U.S.C. § 522(d)(5) | 30.00 | 30.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo checking | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| First National Bank Cold Spring | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Great River Federal Credit Union | 11 U.S.C. § 522(d)(5) | 5.00 | 5.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | 11 U.S.C. § 522(d)(3) | 8,000.00 | 8,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Old dishes | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| DVD movies | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| Clothes | 11 U.S.C. § 522(d)(3) | 700.00 | 700.00 |
| **Furs and Jewelry** | | | |
| Wedding ring and diamond | 11 U.S.C. § 522(d)(4) | 127.00 | 127.00 |
| Mothers ring | 11 U.S.C. § 522(d)(4) | 100.00 | 100.00 |
| Tennis bracelet | 11 U.S.C. § 522(d)(4) | 12.00 | 12.00 |
| Costume jewelry necklaces | 11 U.S.C. § 522(d)(4) | 150.00 | 150.00 |
| Bracelets | 11 U.S.C. § 522(d)(4) | 40.00 | 40.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Remington model 700 7mm | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| Old golf clubs | 11 U.S.C. § 522(d)(5) | 20.00 | 20.00 |
| Fishing rods reels tackle | 11 U.S.C. § 522(d)(5) | 30.00 | 30.00 |
| Fish house | 11 U.S.C. § 522(d)(5) | 75.00 | 75.00 |

_1_ continuation sheets attached to Schedule of Property Claimed as Exempt

In re   Dale Bruce Houg,    Case No. __08-60567__
      Margaret Gladys Houg
_____,
                             Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Digital camera | 11 U.S.C. § 522(d)(5) | 20.00 | 20.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Fidelity St Cloud Hospital 403(b) | 11 U.S.C. § 522(d)(12) | 0.00 | Unknown |
| Order of St Benedict pension | 11 U.S.C. § 522(d)(10)(E) | 0.00 | Unknown |
| Public Employees Retirement Association retirement | 11 U.S.C. § 522(d)(10)(E) | 24,000.00 | 24,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Lawn mower | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Tractor lawn mower | 11 U.S.C. § 522(d)(5) | 400.00 | 400.00 |
| Snowblower | 11 U.S.C. § 522(d)(5) | 400.00 | 400.00 |
| PERA disability | 11 U.S.C. § 522(d)(10)(C) | 6,700.00 | 6,700.00 |

Dated: 8/26/08

X _____DBH_____

X _____Margaret Houg_____

Total:   75,590.00   209,999.00

Sheet  1  of  1  continuation sheets attached to the Schedule of Property Claimed as Exempt

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              Chapter 7
                                                    Case No. 8-60567

**Dale Bruce Houg**
**Margaret Gladys Houg**                            UNSWORN CERTIFICATE OF SERVICE

    Debtors.

---

Michael G. Blee declares that on the 27th day of August, 2008 in St. Cloud, Minnesota, he mailed the following documents:

**Amended Schedule C**

by first class mail postage prepaid to each entity named below at the address stated below for each entity:

United States Trustee
US Courthouse Suite 1015
3 South 4th St
Minneapolis, MN 55415


Richard Stermer, Trustee
Prindle, Maland, Sellner, Stennes, Knutsen & Stermer
102 Parkway Drive, PO Box 514
Montevideo, MN 56265

and all those listed on the attached creditors matrix


Executed on: August 27, 2008
                                                    /e/ Michael G. Blee
                                                    Michael G. Blee
                                                    1529 West St Germain
                                                    St Cloud, MN 56301

CHASE
PO BOX 94014
PALATINE IL 60094-4014


CHASE
PO BOX 15298
WILMINGTON DE 19850-5298


CITIFINANCIAL RETAIL SERVICES
PO BOX 183041
COLUMBUS OH 43218-3041


CITIFINANCIAL RETAIL SVC
PO BOX 22060
TEMPE AZ 85285-2060


DISCOVER
PO BOX 30395
SALT LAKE CITY UT 84130-0395


DISCOVER MORE CARD
PO BOX 30943
SALT LAKE CITY UT 84130-0943


JC PENNEY
PO BOX 960090
ORLANDO FL 32896-0090


KOHLS
PO BOX 2983
MILWAUKEE WI 53201-2983


KOHLS
PO BOX 3043
MILWAUKEE WI 53201-3043

```
NATIONAL CITY
PO BOX 856153
LOUISVILLE KY 40285-6153



SEARS CARD
PO BOX 6937
THE LAKES NV 88901-6937



SEARS CREDIT CARDS
PO BOX 6937
THE LAKES NV 88901-6937



ST CLOUD CITY & COUNTY CU
PO BOX 715
SAINT CLOUD MN 56302



ST CLOUD CITY COUNTY CU
PO BOX 715
SAINT CLOUD MN 56302



WELLS FARGO BANK MN NA
115 SO 1ST ST
SAUK RAPIDS MN 56379-0460



WELLS FARGO FINANCIAL BANK
PO BOX 5943
SIOUX FALLS SD 57117-5943



WELLS FARGO FINANCIAL BANK
PO BOX 98751
LAS VEGAS NV 89193-8751



WELLS FARGO FINANCIAL BANK
3201 N 4TH AV
SIOUX FALLS SD 57104-0700
```

```
WELLS FARGO HOME MORTGAGE
PO BOX 10304
DES MOINES IA 50306-0304


WELLS FARGO HOME MORTGAGE
3601 MINNESOTA DR
STE 200
BLOOMINGTON MN 55435
```